```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
N.P., JACKJASKARAN, AVERY TOLEDO,
PETERARETE, R.L.,
                                                                    JUDGMENT
                                                                    20-CV-3059 (NGG)

                    Plaintiffs,

            v.

THE CITY UNIVERSITY OF NEW YORK,
CHERYL HOWARD, Individually, RODNEY
PEP-SOUVENIR, Individually,

                    Defendants.
------------------------------------------------------------ X
```

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 8, 2022, granting in part, and denying in part, Defendants' motions to dismiss Plaintiffs' retaliation claims under Title IX; granting Defendants' motions to dismiss Plaintiffs' Title IX deliberate indifference claims, Plaintiffs' NYSHRL and NYCHRL claims, Plaintiffs'§ 1983 claims, and Plaintiffs'§ 1981 claim; it is

ORDERED and ADJUDGED that Defendants' Motions to Dismiss are granted in part and denied in part.

Dated: Brooklyn, NY                                Brenna B. Mahoney
       September 12, 2022                          Clerk of Court

                                        By:   /s/ *Jalitza Poveda*
                                              Deputy Clerk