UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

N.P., JACK JASKARAN, AVERY TOLEDO,
PETER ARETE, R.L.,

          Plaintiffs,

-against-

THE CITY UNIVERSITY OF NEW YORK,
CHERYL HOWARD, Individually, and RODNEY
PEPE-SOUVENIR, Individually,

          Defendants.
---------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Docket No..: 1:20-cv-03059-NGG-CLP

  **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, by their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, and with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  May 25, 2023


**LAW OFFICE OF JOHN A. SCOLA, PLLC**

By: s/ John A. Scola
    John A. Scola

90 Broad Street, Suite 1023
New York, New York 10004
(917) 423-1445

*Attorneys for Plaintiffs*

**WARD GREENBERG HELLER & REIDY LLP**

By: s/ Joshua M. Agins
    Joshua M. Agins

1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700

*Attorneys for Defendant The City University of New York*